1 | JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
3 | Telephone: (949) 722-0055
Fax:(949) 722-8416
4 |
Attorney for: PLAINTIFF
5 |
6 |
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                  CENTRAL DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,        No. CV 12-4811
12 |                   Plaintiff,
13 |          vs.                     CONSENT JUDGMENT
14 | Shelley D. Green,
15 |                   Defendant
16 |
17 |      Pursuant to the above stipulation of the parties,
18 | Judgment is hereby entered in favor of Plaintiff, UNITED
19 | STATES OF AMERICA, against Defendant, Shelley D. Green, in
20 | the principal amount of $1,725.21 plus interest accrued to
21 | May 29, 2012, in the sum of $73.85; with interest accruing
22 | thereafter at 3% annually until entry of judgment,
23 | administration costs in the amount of $0.00, for a total
24 | amount of $**1,799.06**.
25 |
26 | DATED:    9/18/2012          By:   TERRY NAFISI
27 |                                    Clerk of the Court
                                       L. RAYFORD
28 |                                    Deputy Clerk
                                  United States District Court